WILLIAMSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Howard Williamson, an infant, by Louise Williamson, his guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 65 N. Y. Supp. 1054.

WILLMAN, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Oscar P. Willman against the Press Publishing Company. No opinion. Motion for reargument denied. See 63 N. Y. Supp. 515.

WOKAL v. BELSKY. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Emanuel F. Wokal against Wincy Belsky, impleaded. No opinion. Motion denied, with $10 costs. See 65 N. Y. Supp. 815.

WOODBURN, Respondent, v. HYATT, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Marie Woodburn against Cornelius Hyatt. No opinion. Judgment affirmed, with costs. See 54 N. Y. Supp. 597.

WOODRUFF, Respondent, v. DENNISON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) In the matter of the application of Sidney H. Woodruff for removal from certain premises in the city of Buffalo of Everard C. Dennison and another.

PER CURIAM. Judgment of municipal court reversed, with costs. Held, that the election of the petitioner to terminate the lease by reason of the failure of his tenants to pay rent did not create an expiration of term, within the meaning of section 2231, subd. 1, Code Civ. Proc., and summary proceedings cannot, therefore, be maintained on that ground. See In re Guaranty Building Co., 52 App. Div. 140, 64 N. Y. Supp. 1056; Kelly v. Varnes, 52 App. Div. 100, 64 N. Y. Supp. 1040.

WRIGHT, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Anna M. Wright against the Pennsylvania Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WUNCH, Respondent, v. SHANKLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Action by Edward Wunch against David Shankland, as president, etc. No opinion. Order affirmed, without costs.

WYTHE, Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by James A. Wythe, as receiver, etc., against Mary A. Denike and another. No opinion. Motion for reargument denied.

YORK HAVEN PAPER CO. v. PLACE. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by the York Haven Paper Company against Josiah W. Place. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 715, and 43 N. Y. Supp. 81.